1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                      January 2019 Grand Jury

11   UNITED STATES OF AMERICA,              CR No. 19  00145-JAK

12              Plaintiff,                  I N D I C T M E N T

13              v.                          [18 U.S.C. § 371: Conspiracy; 18
                                            U.S.C. § 1543: Use of a False
14   LIU CAI,                               Passport; 18 U.S.C. § 1028A(a)(1):
       aka "Leo Cai,"                       Aggravated Identity Theft]
15   QUANG CAO,
     ELRIC ZHANG,
16   MOHAN ZHANG,
       aka "Mollie Zhang,"
17   SAMANTHA WANG, and
     TUAN TRAN,
18
                Defendants.
19

20        The Grand Jury charges:

21                             COUNT ONE

22                        [18 U.S.C. § 371]

23   A.    INTRODUCTORY ALLEGATIONS

24        At all times relevant to this Indictment:

25        1.   The United States required individuals from most foreign

26   countries to obtain a visa in order to enter the United States.  A

27   foreign citizen who wished to enter and remain in the United States

28   on a temporary basis to pursue a course of study at a college,

university, seminary, conservatory, academic high school, or other academic institution, was required to first obtain an F-1 non-immigrant visa, also known as a student visa ("F-1 visa").

2. To obtain an F-1 visa, a foreign citizen was required to first apply to study at a school within the United States that had been certified to enroll and train foreign students by the Student and Exchange Visitor Program ("SEVP"). In the United States, many SEVP-certified schools required foreign citizens whose first language was not English to certify proficiency in English by achieving a particular score on the Test of English as a Foreign Language ("TOEFL").

3. All TOEFL test takers were required to present identification to TOEFL test administrators prior to sitting for the TOEFL examination. The document was required to be an original, non-expired, government-issued identification document recognized by the country of which the individual was a citizen or resident. It needed to include the individual's full name, matching the name given at the time of registration, a recent photograph, and the individual's signature. Test takers taking the TOEFL outside their country of citizenship were required to present a valid passport with name, photograph, and signature.

4. The Educational Testing Service ("ETS") was a nonprofit company that developed, administered, and scored various college admissions tests worldwide, including the TOEFL.

B. OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing until on or about October 29, 2016, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere,

2

1  defendants LIU CAI, also known as ("aka") "Leo Cai" ("CAI"), QUANG

2  CAO ("CAO"), ELRIC ZHANG ("E. ZHANG"), MOHAN ZHANG, aka "Mollie

3  Zhang" ("M. ZHANG"), SAMANTHA WANG ("WANG"), and TUAN TRAN ("TRAN"),

4  together with others known and unknown to the Grand Jury, conspired

5  and agreed with each other to knowingly and intentionally use false,

6  forged, and counterfeited passports, in violation of Title 18, United

7  States Code, Section 1543.

8  C.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE

9       ACCOMPLISHED

10      The object of the conspiracy was to be accomplished, in

11  substance, as follows:

12      1.   Defendant CAI and others known and unknown to the Grand

13  Jury paid for and registered foreign citizens for the TOEFL exam:

14      2.   Defendants CAI, CAO, E. ZHANG, M. ZHANG, WANG, and TRAN,

15  and others known and unknown to the Grand Jury, impersonated foreign

16  citizens by using false, forged, and counterfeited People's Republic

17  of China passports to take the TOEFL exam.

18      3.   Defendant CAI and others known and unknown to the Grand

19  Jury paid defendants CAO, E. ZHANG, M. ZHANG, WANG, and TRAN to take

20  the TOEFL exam by impersonating the foreign citizens.

21  D.   OVERT ACTS

22      In furtherance of the conspiracy and to accomplish its object,

23  on or about the following dates, defendants CAI, CAO, E. ZHANG, M.

24  ZHANG, WANG, and TRAN, and others known and unknown to the Grand

25  Jury, committed various overt acts within the Central District of

26  California, and elsewhere, including, but not limited to, the

27  following:

28

**Defendant CAI Registers Foreign Citizens for the TOEFL Exam**

Overt Act No. 1:    On or about March 14, 2015, defendant CAI paid $185 to ETS to register Y.L. for the TOEFL exam.

Overt Act No. 2:    On or about June 29, 2015, defendant CAI paid $190 to ETS to register S.J. for the TOEFL exam.

Overt Act No. 3:    On or about July 4, 2015, defendant CAI paid $190 to ETS to register H.J. for the TOEFL exam.

Overt Act No. 4:    On or about July 22, 2015, defendant CAI paid $190 to ETS to register K.L. for the TOEFL exam.

Overt Act No. 5:    On or about September 25, 2015, defendant CAI paid $190 to ETS to register Y.W. for the TOEFL exam.

Overt Act No. 6:    On or about November 7, 2015, defendant CAI paid $190 to ETS to register H.Z. for the TOEFL exam.

Overt Act No. 7:    On or about December 26, 2015, defendant CAI paid $190 to ETS to register Q.W. for the TOEFL exam.

Overt Act No. 8:    On or about December 30, 2015, defendant CAI paid $190 to ETS to register Z.W. for the TOEFL exam.

Overt Act No. 9:    On or about January 5, 2016, defendant CAI paid $190 to ETS to register J.M. for the TOEFL exam.

Overt Act No. 10:    On or about January 5, 2016, defendant CAI paid $190 to ETS to register Y.M. for the TOEFL exam.

Overt Act No. 11:    On or about February 9, 2016, defendant CAI paid $190 to ETS to register Z.H. for the TOEFL exam.

Overt Act No. 12:    On or about March 5, 2016, defendant CAI paid $190 to ETS to register J.C. for the TOEFL exam.

Overt Act No. 13:    On or about March 6, 2016, defendant CAI paid $190 to ETS to register L.J. for the TOEFL exam.

4

Overt Act No. 14:   On or about April 11, 2016, defendant CAI paid $190 to ETS to register G.L. for the TOEFL exam.

**Defendants CAI, CAO, E. ZHANG, M. ZHANG, WANG, and TRAN Impersonate Foreign Citizens**

Overt Act No. 15:   On or about February 14, 2015, defendant TRAN used a counterfeit People's Republic of China passport with passport number G47893708, in the name of G.X., and bearing defendant TRAN's photograph, to take the TOEFL exam in Los Angeles, California.

Overt Act No. 16:   On or about March 7, 2015, defendant CAI used a counterfeit People's Republic of China passport with passport number G42655524, in the name of S.C., and bearing defendant CAI's photograph, to take the TOEFL exam in Los Angeles, California.

Overt Act No. 17:   On or about March 27, 2015, defendant M. ZHANG used a counterfeit People's Republic of China passport with passport number E10193476, in the name of Y.L., and bearing defendant M. ZHANG's photograph, to take the TOEFL exam in El Monte, California.

Overt Act No. 18:   On or about June 12, 2015, defendant CAI used a counterfeit People's Republic of China passport with passport number G54677904, in the name of D.Y., and bearing defendant CAI's photograph, to take the TOEFL exam in Brea, California.

Overt Act No. 19:   On or about July 11, 2015, defendant E. ZHANG used a counterfeit People's Republic of China passport with passport number E05785031, in the name of H.J., and bearing defendant E. ZHANG's photograph, to take the TOEFL exam in Los Angeles, California.

Overt Act No. 20:   On or about July 11, 2015, defendant WANG used a counterfeit People's Republic of China passport with passport

number G38957062, in the name of S.J., and bearing defendant WANG's photograph, to take the TOEFL exam in Brea, California.

Overt Act No. 21:   On or about August 7, 2015, defendant E. ZHANG used a counterfeit People's Republic of China passport with passport number E00016250, in the name of K.L., and bearing defendant E. ZHANG's photograph, to take the TOEFL exam in Los Angeles, California.

Overt Act No. 22:   On or about October 31, 2015, defendant CAO used a counterfeit People's Republic of China passport with passport number E00397118, in the name of Y.W., and bearing defendant CAO's photograph, to take the TOEFL exam in Glendale, California.

Overt Act No. 23:   On or about November 14, 2015, defendant WANG used a counterfeit People's Republic of China passport with passport number E48265946, in the name of H.Z., and bearing defendant WANG's photograph, to take the TOEFL exam in Brea, California.

Overt Act No. 24:   On or about January 30, 2016, defendant CAO used a counterfeit People's Republic of China passport with passport number G51516581, in the name of Q.W., and bearing defendant CAO's photograph, to take the TOEFL exam in Los Angeles, California.

Overt Act No. 25:   On or about January 30, 2016, defendant E. ZHANG used a counterfeit People's Republic of China passport with passport number G33688605, in the name of Z.W., and bearing defendant E. ZHANG's photograph, to take the TOEFL exam in Los Angeles, California.

Overt Act No. 26:   On or about February 6, 2016, defendant CAO used a counterfeit People's Republic of China passport with passport number E20140503, in the name of J.M., and bearing defendant CAO's photograph, to take the TOEFL exam in Glendale, California.

1        Overt Act No. 27:   On or about February 6, 2016, defendant E.

2    ZHANG used a counterfeit People's Republic of China passport with

3    passport number E21985749, in the name of Y.M., and bearing defendant

4    E. ZHANG's photograph, to take the TOEFL exam in Los Angeles,

5    California.

6        Overt Act No. 28:   On or about March 5, 2016, defendant CAO

7    used a counterfeit People's Republic of China passport with passport

8    number G54822035, in the name of Z.H., and bearing defendant CAO's

9    photograph, to take the TOEFL exam in Thousand Oaks, California.

10       Overt Act No. 29:   On or about March 19, 2016, defendant CAI

11   used a counterfeit People's Republic of China passport with passport

12   number E09982949, in the name of C.H., and bearing defendant CAI's

13   photograph, to take the TOEFL exam in Glendale, California.

14       Overt Act No. 30:   On or about March 26, 2016, defendant CAI

15   used a counterfeit People's Republic of China passport with passport

16   number G38583495, in the name of J.C., and bearing defendant CAI's

17   photograph, to take the TOEFL exam in Glendale, California.

18       Overt Act No. 31:   On or about March 26, 2016, defendant M.

19   ZHANG used a counterfeit People's Republic of China passport with

20   passport number G58484274, in the name of L.J., and bearing defendant

21   M. ZHANG's photograph, to take the TOEFL exam in Brea, California.

22       Overt Act No. 32:   On or about May 7, 2016, defendant E. ZHANG

23   used a counterfeit People's Republic of China passport with passport

24   number E09490931, in the name of G.L., and bearing defendant E.

25   ZHANG's photograph, to take the TOEFL exam in Los Angeles,

26   California.

27       Overt Act No. 33:   On or about October 29, 2016, defendant CAI

28   used a counterfeit People's Republic of China passport with passport

number E35400044, in the name of W.Z., and bearing defendant CAI's photograph, to take the TOEFL exam in Glendale, California.

**Defendant CAI Pays Defendants CAO, E. ZHANG, and TRAN**

Overt Act No. 34:   On or about February 25, 2015, defendant CAI paid $400 to defendant TRAN via PayPal.

Overt Act No. 35:   On or about July 24, 2015, defendant CAI paid $400 to defendant E. ZHANG via Venmo.

Overt Act No. 36:   On or about August 21, 2015, defendant CAI paid $400 to defendant E. ZHANG via Venmo.

Overt Act No. 37:   On or about December 28, 2015 defendant CAI paid $470 to defendant CAO via Venmo.

Overt Act No. 38:   On or about January 25, 2016, defendant CAI paid $480 to defendant CAO via Venmo.

Overt Act No. 39:   On or about February 17, 2016, defendant CAI paid $950 to defendant E. ZHANG via Venmo.

Overt Act No. 40:   On or about March 20, 2016, defendant CAI paid $550 to defendant CAO via Venmo.

Overt Act No. 41:   On or about March 31, 2016, defendant CAI paid $470 to defendant CAO via Venmo.

Overt Act No. 42:   On or about June 3, 2016, defendant CAI paid $400 to defendant E. ZHANG via Venmo.

COUNTS TWO THROUGH SIX

[18 U.S.C. § 1543]

On or about the following dates, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant LIU CAI, also known as "Leo Cai" ("CAI"), willfully and knowingly used a false, forged, and counterfeited passport and instrument purporting to be a passport, namely, counterfeit instruments purporting to be People's Republic of China passports, bearing the following passport numbers, in the following names, and bearing defendant CAI's photograph:

| COUNT | DATE | PASSPORT # | PASSPORT NAME |
|-------|------|-----------|---------------|
| TWO | March 7, 2015 | G42655524 | S.C. |
| THREE | June 12, 2015 | G54677904 | D.Y. |
| FOUR | March 19, 2016 | E09982949 | C.H. |
| FIVE | March 26, 2016 | G38583495 | J.C. |
| SIX | October 29, 2016 | E35400044 | W.Z. |

COUNTS SEVEN THROUGH TEN

[18 U.S.C. § 1543]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant QUANG CAO ("CAO") willfully and knowingly used a false, forged, and counterfeited passport and instrument purporting to be a passport, namely, counterfeit instruments purporting to be People's Republic of China passports, bearing the following passport numbers, in the following names, and bearing defendant CAO's photograph:

| COUNT | DATE | PASSPORT # | PASSPORT NAME |
|---|---|---|---|
| SEVEN | October 31, 2015 | E00397118 | Y.W. |
| EIGHT | January 30, 2016 | G51516581 | Q.W. |
| NINE | February 6, 2016 | E20140503 | J.M. |
| TEN | March 5, 2016 | G54822035 | Z.H. |

COUNTS ELEVEN THROUGH FIFTEEN

[18 U.S.C. § 1543]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant ELRIC ZHANG ("E. ZHANG") willfully and knowingly used a false, forged, and counterfeited passport and instrument purporting to be a passport, namely, counterfeit instruments purporting to be People's Republic of China passports, bearing the following passport numbers, in the following names, and bearing defendant E. ZHANG's photograph:

| COUNT | DATE | PASSPORT # | PASSPORT NAME |
|-------|------|------------|---------------|
| ELEVEN | July 11, 2015 | E05785031 | H.J. |
| TWELVE | August 7, 2015 | E00016250 | K.L. |
| THIRTEEN | January 30, 2016 | G33688605 | Z.W. |
| FOURTEEN | February 6, 2016 | E21985749 | Y.M. |
| FIFTEEN | May 7, 2016 | E09490931 | G.L. |

COUNT SIXTEEN AND SEVENTEEN

[18 U.S.C. § 1543]

On or about the following dates, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant MOHAN ZHANG, also known as "Mollie Zhang" ("M. ZHANG"), willfully and knowingly used a false, forged, and counterfeited passport and instrument purporting to be a passport, namely, counterfeit instruments purporting to be People's Republic of China passports, bearing the following passport numbers, in the following names, on or about the following dates, and bearing defendant M. ZHANG's photograph:

| COUNT | DATE | PASSPORT # | PASSPORT NAME |
|---|---|---|---|
| SIXTEEN | March 27, 2015 | E10193476 | Y.L. |
| SEVENTEEN | March 26, 2016 | G58484274 | L.J. |

COUNT EIGHTEEN AND NINETEEN

[18 U.S.C. § 1543]

On or about the following dates, in Orange County, within the Central District of California, defendant SAMANTHA WANG ("WANG") willfully and knowingly used a false, forged, and counterfeited passport and instrument purporting to be a passport, namely, counterfeit instruments purporting to be People's Republic of China passports, bearing the following passport numbers, in the following names, on or about the following dates, and bearing defendant WANG's photograph:

| COUNT | DATE | PASSPORT # | PASSPORT NAME |
|-------|------|-----------|---------------|
| EIGHTEEN | July 11, 2015 | G38957062 | S.J. |
| NINETEEN | November 14, 2015 | E48265946 | H.Z. |

1

2

3

4

5

6

7

8

9

COUNT TWENTY

[18 U.S.C. § 1543]

On or about February 14, 2015, in Los Angeles County, within the Central District of California, defendant TUAN TRAN ("TRAN") willfully and knowingly used a false, forged, and counterfeited passport and instrument purporting to be a passport, namely, a counterfeit instrument purporting to be a People's Republic of China passport with passport number G47893708, in the name of G.X., and bearing defendant TRAN's photograph.

COUNT TWENTY-ONE

[18 U.S.C. § 1028A(a)(1)]

On or about March 26, 2016, in Los Angeles County, within the Central District of California, defendant LIU CAI, also known as "Leo Cai" ("CAI"), knowingly possessed and used, without lawful authority, means of identification that defendant CAI knew belonged to another person, namely, the name, passport number, and date of birth of victim J.C., during and in relation to the offense of Use of a False Passport, a felony violation of Title 18, United States Code, Section 1543, as charged in Count Five of this Indictment.

1

COUNT TWENTY-TWO

2

[18 U.S.C. § 1028A(a)(1)]

3      On or about March 5, 2016, in Los Angeles County, within the

4  Central District of California, defendant QUANG CAO ("CAO") knowingly

5  possessed and used, without lawful authority, means of identification

6  that defendant CAO knew belonged to another person, namely, the name,

7  passport number, and date of birth of victim Z.H., during and in

8  relation to the offense of Use of a False Passport, a felony

9  violation of Title 18, United States Code, Section 1543, as charged

10 in Count Ten of this Indictment.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWENTY-THREE

[18 U.S.C. § 1028A(a)(1)]

On or about January 30, 2016, in Los Angeles County, within the Central District of California, defendant ELRIC ZHANG ("E. ZHANG") knowingly possessed and used, without lawful authority, means of identification that defendant E. ZHANG knew belonged to another person, namely, the name, passport number, and date of birth of victim Z.W., during and in relation to the offense of Use of a False Passport, a felony violation of Title 18, United States Code, Section 1543, as charged in Count Thirteen of this Indictment.

COUNT TWENTY-FOUR

[18 U.S.C. § 1028A(a)(1)]

On or about March 27, 2015, in Los Angeles County, within the Central District of California, defendant MOHAN ZHANG, also known as "Mollie Zhang" ("M. ZHANG"), knowingly possessed and used, without lawful authority, means of identification that defendant M. ZHANG knew belonged to another person, namely, the name, passport number, and date of birth of victim Y.L., during and in relation to the offense of Use of a False Passport, a felony violation of Title 18, United States Code, Section 1543, as charged in Count Sixteen of this Indictment.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWENTY-FIVE

[18 U.S.C. § 1028A(a)(1)]

On or about November 14, 2015, in Orange County, within the Central District of California, defendant SAMANTHA WANG ("WANG") knowingly possessed and used, without lawful authority, means of identification that defendant WANG knew belonged to another person, namely, the name, passport number, and date of birth of victim H.Z., during and in relation to the offense of Use of a False Passport, a felony violation of Title 18, United States Code, Section 1543, as charged in Count Nineteen of this Indictment.

COUNT TWENTY-SIX

[18 U.S.C. § 1028A(a)(1)]

On or about February 14, 2015, in Los Angeles County, within the Central District of California, defendant TUAN TRAN ("TRAN") knowingly possessed and used, without lawful authority, means of identification that defendant TRAN knew belonged to another person, namely, the name, passport number, and date of birth of victim G.X., during and in relation to the offense of Use of a False Passport, a felony violation of Title 18, United States Code, Section 1543, as charged in Count Twenty of this Indictment.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes
Section

KYLE J. RYAN
Special Assistant United States
Attorney
General Crimes Section