# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v.<br>Cai et al<br>DEFENDANT(S). | 2:19 -cr-00145-jak<br><br>**DESIGNATION AND APPEARANCE OF COUNSEL** |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Phu Do Nguyen _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

3/20/2019
*Date*

Quang Cao/
*Defendant's Signature*

Garden Grove, CA
*City and State*

## APPEARANCE OF COUNSEL

I, Phu Do Nguyen _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

3/20/2019
*Date*

*Attorney's Signature*

187966
*California State Bar Number*

10531 Garden Grove Blvd.
*Street Address*

Garden Grove, CA 92843
*City, State, Zip Code*

7145901700
*Telephone Number*

714 590 7869
*Fax Number*

dophu@dpatlaw.com
*E-mail Address*