1

2

3

4

5

6

7

8

9                         UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA,          No. CR 19-00145-JAK

12          Plaintiff,             **ORDER CONTINUING TRIAL DATE AND
                                   FINDINGS REGARDING EXCLUDABLE TIME
13          v.                     PERIODS PURSUANT TO SPEEDY TRIAL
                                   ACT**
14   LIU CAI,
       aka "Leo Cai,"             **TRIAL DATE:**
15   QUANG CAO                     **October 15, 2019 at 9:00 am**
     ELRIC ZHANG,
16   MOHAN ZHANG,                  **PRETRIAL CONFERENCE:**
       aka "Mollie Zhang,"        **October 3, 2019 at 8:30 am**
17   SAMANTHA WANG, and
     TUAN TRAN,                    **MOTION CUT-OFF DATE:**
18                                 **October 3, 2019**
19          Defendants.

20

21

22

23

24       The Court has read and considered the Stipulation Regarding

25  Request for (1) Continuance of Trial Date and (2) Findings of

26  Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

27  parties in this matter on April 10, 2019.  The Court hereby finds

28  that the Stipulation, which this Court incorporates by reference into

this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued to October 15, 2019. The status conference hearing is continued to October 3, 2019. This is also the last date for all motions to be filed.

2.   The time period of April 3, 2019 to October 15, 2019, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Defendants shall appear in Courtroom 10B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 15, 2019 at 9:00 a.m.

4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

1    additional time periods from the period within which trial must

2    commence.

3         IT IS SO ORDERED.

4

5    April 11, 2019
     DATE                                    JOHN A. KRONSTADT

6                                            UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28