Phu Do Nguyen (State Bar Number 187966)
DO PHU & ANH TUAN, A PROFESSIONAL LAW CORPORATION
10531 Garden Grove Boulevard
Garden Grove, California 92843
Tel: (714) 590-1700
Fax: (714) 590-7868

Attorney for Defendant Quang Cao

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-vs-<br><br>QUANG CAO,<br><br>    Defendant. | Case No.: LACR19-145-JAK<br><br>DECLARATION OF PHU NGUYEN |

### DECLARATION OF PHU NGUYEN

I, Phu Nguyen, state and declare as follows:

1.   I am an attorney licensed to practice before all courts in the State of California, and am one of the named partners at Do Phu & Anh Tuan, A Professional Law Corporation, located at 10531 Garden Grove Boulevard, Garden Grove, California 92843. I am the attorney for Defendant Quang Cao. I have personal knowledge of the matters contained in this declaration, and if called as a witness could and would competently testify thereto in a court of law.

2. On or about June 12, 2019, I emailed the Assistant United States Attorney handling this case, Gabriel Podesta, regarding Mr. Cao's request to relocate from San Francisco, California to Stockton, California to stay with his parents starting on July 1, 2019.

3. On or about June 13, 2019, Mr. Podesta responded via email that he would not oppose and would have no objections to such a request of the Court from Mr. Cao.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 6/19/19

Phu Nguyen