Phu Nguyen (State Bar Number 187966)
DO PHU & ANH TUAN, A PROFESSIONAL LAW CORPORATION
10531 Garden Grove Boulevard
Garden Grove CA 92840
Tel: (714) 590-1700
Fax: (714) 590-7868

Attorney for Quang Cao

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUANG CAO,<br><br>Defendant. | Case No. LACR19-145-JAK<br><br>STIPULATION TO ALLOW DEFENDANT TO RELOCATE TO AUBURN HILLS, MICHIGAN |

WHEREAS: Defendant Quang Cao is currently residing at 5920 Silver Oak Circle, Stockton, California 95219 with his parents. Starting on August 3, 2019, Mr. Cao will be attending medical school in Michigan, and thus wishes to relocate to Westbury Village Townhouses, 201 N. Squirrel Road, Apartment 0410, Auburn Hills, Michigan, 48326 starting July 27, 2019. Pre-trial Services has indicated they have no objections to the relocation request.

//

//

//

//

IT IS HEREBY STIPULATED between the United States of America, by Gabriel Podesta, Assistant United States Attorney, and Defendant Quang Cao, through his counsel, Do Phu & Anh Tuan, A Professional Law Corporation: that the Court issue an order granting Quang Cao's request to relocate to Westbury Village Townhouses, 201 N. Squirrel Road, Apartment 0410, Auburn Hills, Michigan, 48326.

Date: July 17, 2019

*Gabriel Podesta*
Gabriel Podesta
Assistant United States Attorney

Date: July 17, 2019

*Phu Nguyen*
Phu Nguyen
Attorney for Quang Cao