PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
CLERK, U.S. DISTRICT COURT
October 29, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: VRV  DEPUTY

DOCKET NUMBER *(Tran. Court)*
2:19-CR-00145-JAK-2

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Quang Thieu Cao | Central of California | Western |
| | NAME OF SENTENCING JUDGE | |
| | John A. Kronstadt | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM November 7, 2019   TO November 6, 2021 |

OFFENSE
18 USC 1543 – Use of a False Passport (Count 10)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  CENTRAL  DISTRICT OF  CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 29, 2020
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  EASTERN  DISTRICT OF  CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge