PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
CLERK, U.S. DISTRICT COURT
October 29, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: VRV DEPUTY

DOCKET NUMBER (Tran. Court)
2:19-CR-00145-JAK-2

DOCKET NUMBER (Rec. Court)
2:21-cr-0001 TLN

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Quang Thieu Cao | Central of California | Western |

FILED
Jan 05, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NAME OF SENTENCING JUDGE
John A. Kronstadt

DATES OF PROBATION/SUPERVISED RELEASE
FROM: November 7, 2019
TO: November 6, 2021

**OFFENSE**
18 USC 1543 – Use of a False Passport (Count 10)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **CENTRAL** DISTRICT OF **CALIFORNIA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 29, 2020
Date

/s/ John A. Kronstadt
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

01/05/2021
Effective Date

/s/ Troy L. Nunley
United States District Judge